DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**GIANCARLO CAMERON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D11-4168

[August 6, 2014]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John Kastrenakes, Judge; L.T. Case No. 502009CF007177AXXMB.

Carey Haughwout, Public Defender, West Palm Beach, and David A. Henson, Special Assistant Public Defender, Brevard, North Carolina, for appellant.

Pamela Jo Bondi, Attorney General, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Guzman v. State*, 110 So. 3d 480 (Fla. 4th DCA 2013). We certify conflict with *Thomas v. State*, 78 So. 3d 644 (Fla. 1st DCA 2011), and certify the following questions to the Florida Supreme Court:

1. DOES *GRAHAM V. FLORIDA*, 560 U.S. 48 (2010), APPLY TO LENGTHY TERM-OF-YEARS SENTENCES THAT AMOUNT TO DE FACTO LIFE SENTENCES?

2. IF SO, AT WHAT POINT DOES A TERM-OF-YEARS SENTENCE BECOME A DE FACTO LIFE SENTENCE?

*Affirmed; conflict certified; questions certified.*

TAYLOR, LEVINE and KLINGENSMITH, JJ., concur.

*      *      *

*Not final until disposition of timely filed motion for rehearing.*